IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

v.

EDMOND YOUNG and
DASHUN WILLIAMS,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-241-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/30/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |